Date:January 5,2015

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

JAN - 9 2015

CHRISTOPHER A. PRINE

CLERK

Court of Appeals,First District
301 Fannin Street
Houston, Texas 77002-2066

Re:Michael Hosea vs. The State of Texas ,Trial Court No. 9415203;
Court of Appeals No. 01-14-01017-CR

Dear Clerk,

   Would you please for me a Docketing Statement ,Tex.R.App.P.32.4
for the above styled and referanced cause number.

Thank you for your time and kind assistance in this matter.

Thank you,

Michael Hosea
T.D.C.J.-ID#711435
3872 FM 350 South
Allen B.Polunsky Unit
Livingston, Texas 77351



Michael Hosea
3872 FM 350 South
Allen B.Polunsky Unit
T.D.C.J.-ID#711435
Livingston, Texas 77351

NORTH HOUSTON TX 770

USA FOREVER 2014

Court of Appeals
First District
Christopher A.Prine, Clerk
301 Fannin Street
Houston, Texas 77002- 2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN - 9 2015

CHRISTOPHER A. PRINE
CLERK

77002206699

VF-special

POOR
NOT
D
JSC
DIVISION

OF ORIGINAL
TUTIONAL